7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In Re:** Richard Wayne Sells and Annette Kaye Sells<br>**Debtor** | **Bankruptcy Case No.**<br>11–20667–drd7 |
| **Tiger Financial Group, LLC**<br>**Robert Moss**<br>**George Moss**<br>**Bill Simpson**<br>**The McCann Children Family Trust**<br>**Marlese Loveall**<br>**L. Dale Loveall**<br>     Plaintiff(s) | **Adversary Case No.**<br>11–02051–drd |

v.

**Richard Wayne Sells**
**Annette Kaye Sells**
     Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the debt owed by Debtor Richard Wayne Sells to Plaintiffs in the following amounts is non–dischargeable under 11 U.S.C. §§ 523(a)(2)(A) and (a)(4) and (a)(6):

a. $520,000.00 for C. Dale Loveall, Marlese Loveall, and the McCann
Children Family Trust;
b. $32,500.00 for Bill Simpson;
c. $190,599.50 for Selmos Financial Services, L.L.C. (Selmos);
d. $525,000.00 for Mossel Development Group, L.L.C. (Mossel);
e. $202,500.00 for REM–ARM Financial Services LLC (REM–ARM) and
Robert Moss, individually and as a Member of REM–ARM;
f. $14,000.00 for Lusamain Development Group, L.L.C. (Lusamain);
g. $12,500.00 for George Moss;
h. $425,000.00 for Patina Investments LLC (Patina) and Alan Haselhorst,
individually and as a Member of Patina;
i. $764,859.17 for Tiger Financial Group, L.L.C. (Tiger).

IT IS FURTHER ORDERED THAT the Court approves the parties agreement of a confessed nondischargeable judgment in favor of Plaintiffs in the above amounts to be held by Plaintiffs unless and until Debtor defaults under the terms of the Settlement Agreement which is not cured within the time frame set forth in the Agreement.

IT IS FURTHER ORDER THAT the Adversary Proceedings are dismissed without prejudice with the right of Plaintiffs to seek to re–open the Adversary Proceedings as to Debtor Richard Wayne Sells to file and execute upon the Judgment.



Ann Thompson
Court Executive

By: /s/ Kim McClanahan
Deputy Clerk

Date of issuance: 10/29/13

Court to serve